IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:19cr38 HSO-JCG

MERRIDETH CHRISTINA MCMILLIAN  18 U.S.C. § 657

**The United States Attorney charges:**

From on or about October 2017, and continuing through on or about September 20, 2018, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **MERRIDETH CHRISTINA MCMILLIAN**, being employed as Vice President of Singing River Federal Credit Union in Moss Point, Mississippi, did with intent to injure and defraud, willfully misapplied, embezzled, abstracted, and purloined the sum of more than $350,000.00 of moneys, funds, and credits belonging to Singing River Federal Credit Union, a credit union whose accounts were insured by the National Credit Union Administration, that is, the defendant did unlawfully access Singing River Federal Credit Union customer accounts, manipulate transactions and loans, and then convert the money to her use and the use of others, in violation of Title 18, United States Code, Section 657.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant, **MERRIDETH CHRISTINA MCMILLIAN**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 982(a)(2).

_____
D. MICHAEL HURST, JR.
United States Attorney