CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Jackson

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 1:19cr38 HSO-JCG
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 4 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: MERRIDETH CHRISTINA MCMILLIAN

**U.S. ATTORNEY INFORMATION:**

AUSA  Kathlyn Van Buskirk   BAR # 103657

INTERPRETER:  X  NO  ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1  ___ PETTY  ___ MISDEMEANOR  1  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:657.F | 18 U.S.C. § 657 | Thrift and Credit Union Theft | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 3/4/19          SIGNATURE OF AUSA: [signature]

(Revised 2/26/10)